FILED

11/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0352

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0352

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

GARREN DOUGLAS SEAL,

     Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 12, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 4 2022